## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sandra Johnson, et al.,            Civil No. 09-3611 (RHK/RLE)

       Plaintiffs,            **ORDER**

vs.

Dale Comstock, et al.,

       Defendants.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: December 17, 2009

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge